# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15233 Ventura Blvd., Suite 1160, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document described as **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND**_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/19/2012_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

Kathy A Dockery (TR)   efiling@CH13LA.com    United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Molly L Froschauer    molly@thewsfirm.com
Mehrdaud Jafarnia   bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL (state method for each person or entity served):**
On 01/19/2012_____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leonard Sydney Collins, 836 Sparrow Ln, West Covina, CA 91790
Honorable Sandra Klein, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/19/2012           Signature: _____

Printed Name: Karine Karadjian

**2. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name and Address | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br>Bank of America, N.A.<br>Attn: President<br>101 S. Tryon Street<br>Charlotte, NC 28202 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking #70112000000273906725<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br>CT Corporation System, agent for Service of Process for Bank of America, N.A.<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 1st lienholder *(name)* and Servicing Agent *(name and address)*<br>Bank of America Home Loans<br>Customer Service<br>CA6-919-01-41<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☑ Other *(specify)*:<br><br>Payoff statement | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name and address)*<br>Bank of America, N.A.<br>Attn: President<br>101 S. Tryon Street<br>Charlotte, NC 28202 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking # 70112000000273906725<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br>CT Corporation System, agent for Service of Process for Bank of America, N.A.<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other *(specify)*: | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)*<br>Bank of America Home Loans<br>Customer Service<br>Po Box 5170<br>Simi Valley, CA 93062 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☑ Other *(specify)*:<br><br>Bank of America Home Loans stmt | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| | | |
|---|---|---|
| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| | | |
|---|---|---|
| Alternative/additional address<br>(name and address)<br>JaVonne M. Phillips/Merdaud Jafarnia<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other (specify):<br><br>Notice of appearance filed 12/5/11 | Delivery Method<br>☐ United States mail<br>☑ Certified mail – Tracking #70112000000273906732<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| Alternative/additional address<br>(name and address)<br>BAC Home Loans Servicing<br>450 American St<br>Simi Valley, CA 93065 | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☑ Other (specify):<br><br>Credit Report | Delivery Method<br>☑ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011                Page 8                F 4003-2.4.MOTION

| | Key demographic information as of January 12, 2012 |
|---|---|
| | **Bank of America, National Association** |
| | 101 S Tryon St |
| | Charlotte, NC 28202 |

| FDIC Certificate #: | 3510 | Date Established: | 10/17/ |
|---|---|---|---|
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/ |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | More Demographic Information | |
| Primary Internet Web Address: | http://www.bankofamerica.com:80/ | Generate History | |

## Information Gateway:

**ID Report Selections:**
Assets and Liabilities

**Report Date:**
September 30, 2011

[ Generate Report ]

--------More Information--------

- Current List of Offices
- Compare to Peer Group(s)
- FFIEC Call/TFR Report *9/30/2011 Latest Available*
- FFIEC Uniform Bank Performance Report (UBPR)
- FDIC/OTS Summary of Deposits

- Bank Holding Company Ownership and Affiliates
- Regional Economic Conditions (FDIC RECON)
- Organization Hierarchy from the Federal Reserve System
- OCC CRA ratings
- Consumer Assistance from Primary Federal Regulat(

Press ● for description

**California Secretary of State Debra Bowen**

Secretary of State    Administration    Elections    Business Programs    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alerts
- Business Identity Theft
- Misleading Business Solicitations

### Business Entity Detail

Data is updated weekly and is current as of Friday, January 13, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Entity Number: | C2551762 |
| Date Filed: | 04/14/2003 |
| Status: | ACTIVE |
| Jurisdiction: | UNITED STATES |
| Entity Address: | 214 N TRYON STREET |
| Entity City, State, Zip: | CHARLOTTE NC 28255 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2012   California Secretary of State

